O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NICOLAS Z. MORALES, | ) | Case No. CV 12-6229-BRO (OP) |
| | ) | |
| Petitioner, | ) | ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| v. | ) | |
| | ) | |
| DANIEL PARAMO, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, the Report and Recommendation of the United States Magistrate Judge, and Petitioner's Objections thereto. The Court has engaged in a de novo review of those portions of the Report and Recommendation to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge,

/ / /

/ / /

/ / /

1    IT IS ORDERED that Judgment be entered: (1) accepting this Report and
2 Recommendation; and (2) granting Respondent's Motion to Dismiss the Petition; and
3 (3) directing that Judgment be entered denying the Petition as untimely and dismissing
4 this action with prejudice.

7 DATED:  September 24, 2013
  _____
  HONORABLE BEVERLY REID O'CONNELL
8 United States District Judge

10 Prepared by:

13 _____
  HONORABLE OSWALD PARADA
14 United States Magistrate Judge