JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

NICOLAS Z. MORALES,                )        Case No. CV 12-6229-BRO  (OP)
                                   )
                                   )        J U D G M E N T
              Petitioner,          )
         v.                        )
                                   )
DAVID PARAMO, Warden,              )
                                   )
                                   )
              Respondent.          )
_____)

          Pursuant to the Order Accepting Findings, Conclusions, and Recommendations
of the United States Magistrate Judge,

          IT IS ADJUDGED that the Petition is denied and this action is dismissed with
prejudice.


DATED:  September 24, 2013        _____
                                 HONORABLE BEVERLY REID O'CONNELL
                                 United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge